DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

KEANU RASHAD SCOTTI,

Petitioner,

v.

STATE OF FLORIDA,

Respondent,

No. 2D2025-1810

————————————————

January 2, 2026

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
Della Cope and Philippe Matthey, Judges.

Sara B. Mollo, Public Defender, Sixth Judicial Circuit, Jonathan
Saunders and Bailey Peterson, Assistant Public Defender, Clearwater, for
Petitioner.

James Uthmeier, Attorney General, Tallahassee, and Angela H.
Fernandez, Assistant Attorney General, Tampa, for Respondent.


PER CURIAM.

    Dismissed.

SILBERMAN, KELLY, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.